UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) CASE NO. CR24-088 TL |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) DETENTION ORDER |
| CURTIS MCDANIEL, | ) |
| | ) |
| Defendant. | ) |
| | ) |

<u>Offenses charged</u>:

1. Conspiracy to distribute controlled substances.

<u>Date of Detention Hearing</u>:   June 14, 2024.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f) and based on the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

DETENTION ORDER
PAGE -1

## FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. Defendant has been charged with a drug offense, the maximum penalty of which is in excess of ten years. There is therefore a rebuttable presumption against defendant as to both dangerousness and flight risk, under 18 U.S.C. § 3142(e).

2. Defendant is charged in a conspiracy involving the large-scale distribution of methamphetamine and cocaine, and he was intercepted engaging in kilo quantity cocaine transactions and multi-pound methamphetamine transactions. Although he has family ties to the District, he is charged with a ten year mandatory minimum offense which presents an incentive to flee. When his residence, a long stay hotel, was searched, agents found a large quantity of cocaine and a scale in plain sight, as well as a loaded pistol unsecured in a drawer in the bedroom. Defendant has a young child who was present at times in the hotel room. Defendant has a prior federal conviction for distribution of cocaine, as well as a series of more recent arrests for domestic violence. Defendant has been unemployed for the last ten years and has unstable housing.

3. Defendant presents a risk of flight and danger to the community based upon the nature and scale of the charges, the possession of a firearm in combination with controlled substances, his prior criminal history, and his history of unstable housing and lack of employment.

4. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Probation Services Officer.

DATED this 14th day of June, 2024.

S. KATE VAUGHAN
United States Magistrate Judge